PER CURIAM.
Affirmed on the authority of Hurt v. Leatherby Insurance Company, 354 So.2d 918 (Fla.4th DCA 1978); Quarterman v. City of Jacksonville, 347 So.2d 1036 (Fla.1st DCA 1977); Weatherford v. Ryder Truck Rental and Leasing, Inc., 344 So.2d 937 (Fla.3d DCA 1977); Dean v. Bennett M. Lifter, Inc., 336 So.2d 393 (Fla.3d DCA 1976); Hester v. Gatlin, 332 So.2d 660 (Fla.2d DCA 1976); Morison v. General Motors Corporation, 428 F.2d 952 (5th Cir. 1970).